No. 06-15-00129-CR

|  | § |  |
| James Cunningham, | § | IN THE |
| Appellant, | § | COURT OF APPEALS, |
|  | § |  |
| v. | § | FOR THE |
|  | § |  |
| State of Texas, | § | SIXTH JUDICIAL DISTRICT, |
| Appellee. | § | TEXARKANA, TEXAS |

## MOTION TO EXTEND TIME TO FILE BRIEF

Appellant, James Barcard Cunningham, seeks an extension of time to file his brief in this appeal and in support would show the Court:

Appellant timely perfected appeal from the June 18, 2015, judgment of the trial court. The record was complete on August 20, 2015, the deadline for Appellant's brief was extended until October 21, 2015. Appellant requested a second extension of 30 days until November 20, 2015. This court "granted" the extension but ordered the brief filed by November 12, 2015. Because the motion was granted, the due date was erroneously calendared for November 20, 2015 and counsel established work priority to meet that deadline.

With this motion counsel for Appellant files a Motion to Withdraw and brief in support pursuant to *Anders v. California*, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel requests the court grant an extension of time to file Appellant's brief until November 20, 2015. Appellant had requested two previous extension.

**Prayer**

For the reasons set out herein, appellant prays the Court grant an extension to file his brief until November 20, 2015.

Respectfully submitted,

_/s/__Clint Sare_____
Clint  F. Sare
Tex. Bar No. 00788354
P.O. Box 1694
Bryan, Texas  77806
(979) 822-1505

Attorney for appellant
James Cunningham

**Certificate of Service**

I certify a copy of appellant's Motion to Extend Time to File Brief was served on Doug Howell, 300 E. 26th Street Ste. 310, Bryan, 77803 on November 20, 2015.

__/s/__Clint Sare_____
Clint F. Sare